```
 1  MITCHELL D. GLINER, ESQ.
    Nevada Bar #003419
 2  3017 West Charleston Blvd., #95
    Las Vegas, NV  89102
 3  (702) 870-8700
    (702) 870-0034 Fax
 4  Attorney for Plaintiff
 5
                    UNITED STATES DISTRICT COURT
 6                       DISTRICT OF NEVADA
 7
 8  VALERIE BLAZO,                    )
                                      )
 9        Plaintiff,                  )
    vs.                               )  Case No. 2:10-cv-01800-GMN-GWF
10                                    )
    CHASE BANK USA, NATIONAL          )
11  ASSOCIATION,                      )
                                      )
12        Defendant.                  )
    _____    )
13
14        PLAINTIFF'S MOTION REQUESTING A 3 DAY
          EXTENSION OF TIME THROUGH MONDAY, AUGUST
15        13, 2012 TO FILE DISPOSITIVE MOTION
                     [THIRD REQUEST]
16
17       This Motion is filed pursuant to Local Rule 6-1.  This
18  action was filed October 15, 2010.  On February 22, 2012, this
19  Honorable Court kindly approved the parties' request to extend
20  the discovery deadline through April 30, 2012 (#24).
21       On May 18, 2012, this Honorable Court established June 29,
22  2012, as the deadline for the filing of dispositive motions
23  (#26).  That order ensued upon the parties failure to establish
24  this deadline when the court adopted a recent discovery
25  extension.
26  / / /
27  / / /
28  / / /
```

1  On June 26, 2012, this Honorable Court approved the parties'
2  stipulation establishing August 10, 2012 as the new dispositive
3  motion deadline (#30). The parties entered into the stipulation
4  with a real hope the matter could settle. It appears, at least
5  presently, it will not.

6  Accordingly, Plaintiff requests this <u>final</u> 3 day extension
7  through Monday, August 13, 2012 to file her dispostive motion.
8  <u>Plaintiff will make no further requests for an extension of the</u>
9  <u>dispositive motion deadline</u>.[1]

10 DATED: August 8, 2012.

11 MITCHELL D. GLINER, ESQ.

13 <u>/s/ Mitchell D. Gliner</u>
   MITCHELL D. GLINER, ESQ.
   Nevada Bar No. 003419
14 3017 W. Charleston Blvd. # 95
   Las Vegas, Nevada  89102
15 Attorney for Plaintiff

IT IS SO ORDERED:

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2012

---

[1] Plaintiff has conferred with counsel for Defendant, Mr. Larsen, who does not object to Plaintiff's request.

2