```
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE BLAZO,<br><br>    Plaintiff,<br>vs.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 2:10-cv-01800-GMN-GWF |

PLAINTIFF'S MOTION REQUESTING A 3 DAY EXTENSION OF TIME THROUGH MONDAY, AUGUST 13, 2012 TO FILE DISPOSITIVE MOTION
[THIRD REQUEST]

This Motion is filed pursuant to Local Rule 6-1. This action was filed October 15, 2010. On February 22, 2012, this Honorable Court kindly approved the parties' request to extend the discovery deadline through April 30, 2012 (#24).

On May 18, 2012, this Honorable Court established June 29, 2012, as the deadline for the filing of dispositive motions (#26). That order ensued upon the parties failure to establish this deadline when the court adopted a recent discovery extension.

/ / /

/ / /

/ / /

On June 26, 2012, this Honorable Court approved the parties' stipulation establishing August 10, 2012 as the new dispositive motion deadline (#30). The parties entered into the stipulation with a real hope the matter could settle. It appears, at least presently, it will not.

Accordingly, Plaintiff requests this <u>final</u> 3 day extension through Monday, August 13, 2012 to file her dispostive motion. <u>Plaintiff will make no further requests for an extension of the dispositive motion deadline</u>.[1]

DATED: August 8, 2012.

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2012

---

[1] Plaintiff has conferred with counsel for Defendant, Mr. Larsen, who does not object to Plaintiff's request.

2